## ALABAMA CITY G. & A. RY. CO. v. CHASTEEN.

(Decided April 15, 1915.)

APPEAL from Gadsden City Court.

Heard before Hon. JOHN H. DISQUE.

HOOD & MURPHREE, for appellant. DORTCH, MARTIN & ALLEN, for appellee.

ANDERSON, C. J.—None of the counts were subject to the demurrer, and the finding by the court was not palpably and plainly contrary to the great weight of the evidence. Affirmed.

MCCLELLAN, SAYRE and GARDNER, JJ., concur.